**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUBREY J. DEMMINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR et al.,<br><br>    Defendants. | Case No. 2:19-cv-00945-RGK (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint (ECF No. 21), the briefs and documents filed in support of and in opposition to Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies ("Motion for Summary Judgment," ECF No. 74), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 104). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

    1.    The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and

2. Defendants' Motion for Summary Judgment is GRANTED;

3. The Third Amended Complaint is DISMISSED;

4. Judgment shall be ENTERED dismissing the entire action without prejudice.

DATED: January 12, 2021

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE