JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY J. DEMMINGS, | Case No. 2:19-cv-00945-RGK (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDCR et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 12, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE